**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

**UNITED STATES OF AMERICA**

    - against -                              20-cr-024 (JGK)

**JAIME BAEZ-MEDINA,**                         **ORDER**

        **Defendant.**

**VALERIE E. CAPRONI, District Judge:**

    The conference is adjourned to **May 8, 2020** at **10:00 A.M.**

    Because a continuance is needed to allow defense counsel time to decide what motions, if any, will be made and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 16, 2020**, until **May 8, 2020**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
           March 16, 2020

                                              **VALERIE E. CAPRONI**
                                              **U.S.D.J., Part I**