

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

      Re:    <u>**United States v. Jaime Baez-Medina, 20 Cr. 24 (JGK)**</u>

Dear Judge Koeltl:

      A pretrial conference in the above-captioned case is currently scheduled for May 8, 2020. The parties have conferred and jointly request that the conference be rescheduled to a change of plea conference in mid-June. If possible, the defendant has requested that the conference be conducted over videoconference.

      The Government respectfully requests that time be excluded under the Speedy Trial Act between May 8, 2020, through the next-scheduled conference because the "ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(A). The Government consulted with defense counsel, who does not object to the exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

by:  <u>/s/ Rebecca T. Dell</u>
    Rebecca T. Dell
    Assistant United States Attorney
    (212) 637-2198

---

The pre-trial conference is adjourned to June 11, 2020 at 10 A.M. The Court will set new dates at the conference scheduled on June 11, 2020. The Court notes that time under the Speedy Trial Act has been excluded, by the Order of Chief Judge McMahon dated April 20, 2020, until June 15, 2020. <u>See</u> M-10-468 (CM), 20-mc-196 (CM).
SO ORDERED.

                <u>/s/ John G. Koeltl</u>
New York, NY        John G .Koeltl
May 4, 2020          U.S.D.J.