UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA

                           20 cr 24 (JGK)

        -against-

                           **SPEEDY TRIAL ORDER**

JAIME BAEZ-MEDINA,
                Defendant.
------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The parties are directed to appear for a conference on **Monday, November 23, 2020, at 10:00am,** before the Honorable John G. Koeltl.

      The Court prospectively excludes the time from today until **November 23, 2020** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                  JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         September 14, 2020