

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

> Government submission due April 16, 2021, and sentencing adjourned to April 23, 2021 at 9:00 a.m.
> SO ORDERED
>
> /s/ John G. Koeltl
> March 30, 2021          John G. Koeltl
> New York, NY                U.S.D.J.

Re:     United States v. Jaime Baez-Medina, 20 Cr. 24 (JGK)

Dear Judge Koeltl:

A sentencing in the above-captioned case is currently scheduled for April 9, 2021, and the Government's sentencing submission is due April 1, 2021. Today, the defendant filed his sentencing submission. In his submission, the defendant raised a new argument that had not previously been raised to the Government regarding the defendant's Guidelines calculation, and the Government requires additional time to respond to that argument. Accordingly, the Government respectfully requests a two-week adjournment of its sentencing submission deadline and the sentencing. The Government understands that defense counsel is available on April 22, 2021 or April 23, 2021 for a sentencing, and has a preference for April 22, 2021 if the Court is available on that date. The Government has conferred with defense counsel who has no objection to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

by:   /s/ Rebecca T. Dell
      Rebecca T. Dell
      Assistant United States Attorney
      (212) 637-2198

cc:     Amy Gallicchio, Esq. (ECF)