# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 19, 2021

**By ECF and EMAIL**
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jaime Baez Medina**
    **20 CR 24 (JGK)**

Dear Judge Koeltl:

I write, without objection from the Government, to request an adjournment of the sentencing hearing scheduled in the above captioned matter for Friday, May 21, 2021. Additional time is required in order to respond to the government's sentencing letter of May 14, 2021. After consultation with Your Honor's Deputy and the Government regarding scheduling, I respectfully propose the following schedule:

- Defense response by May 28, 2021
- Government reply by June 8, 2021
- Sentencing Hearing on June 15, 2021 at 10:00 a.m.

Respectfully submitted,

*/s/ Amy Gallicchio*

Amy Gallicchio
Assistant Federal Defender
O: 212-417-8728
M: 917-612-3274

Cc:   AUSA Rebecca Dell

APPLICATION GRANTED
SO ORDERED

5/19/21

John G. Koeltl, U.S.D.J.