UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -   20 Cr. 24 (JGK)

JAIME BAEZ-MEDINA   ORDER

Defendant.

---

JOHN G. KOELTL, District Judge:

The defendant may reply by June 24, 2021, to the Government's June 8, 2021 submission, including the Government's reliance on the 2004 conviction.

SO ORDERED.

Dated: New York, New York
June 21, 2021

_____
John G. Koeltl
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/21/2021